FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 17 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable John T. Rodgers

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY PATRICK CARR,<br><br>Defendant. | Case No. 2:17-PO-00127-JTR<br><br>ORDER GRANTING UNSUPERVISED PRE-TRIAL DIVERSION AGREEMENT |

Upon consideration of the parties' Unsupervised Pre-Trial Diversion Agreement, and being fully advised of the facts and circumstances of this case, the Court finds the Defendant has agreed to comply with the terms and conditions of the Pre-Trial Diversion Agreement; that the Court finds the Defendant has acknowledged the admissibility of the stipulated facts in any criminal hearing on the underlying offense or offenses held subsequent to revocation of the order granting pre-trial diversion; that the Defendant's statements were made knowingly and voluntarily; and that the Defendant has knowingly and intelligently waived his Constitutional and statutory rights to a speedy trial, to question those witnesses against him, to call witnesses on his behalf, and to present evidence or a defense at trial.

Order Granting Unsupervised Pre-Trial Diversion Agreement - 1

NOW THEREFORE IT IS HEREBY ORDERED:

1. The Defendant is accepted for Unsupervised Pre-Trial Diversion;

2. The Defendant shall comply with all the terms and conditions as set forth in the Unsupervised Pre-Trial Diversion Agreement;

3. If the Court finds that the Defendant violated any term of the Pre-Trial Diversion Agreement, the Court shall enter judgment pursuant to the procedures outlined in the Agreement.

4. The Court makes no finding regarding the facts of the case, or the culpability of any party.

_____
HON. John T. Rodgers
United States Magistrate Judge

11-17-17
Date

Order Granting Unsupervised Pre-Trial Diversion Agreement - 2